## THE PEOPLE EX REL. I. DANIELWITZ v. EDWARD E. HARVEY.

PROCEEDING TO TRY TITLE TO OFFICE—JURISDICTION OF THE SUPREME COURT.—The Supreme Court has no original jurisdiction of a proceeding to try the title to an office.

APPLICATION for writ of *mandamus*.

*McElrath & Ells*, and *J. Rothchild*, for Plaintiff.

*McClure, Dwinelle*, and *Plaisance*, for Defendant.

The COURT:

This is a proceeding commenced in this Court to try the title to an office. The Court has no original jurisdiction in such a case. The order to show cause is therefore discharged, and the proceedings dismissed.